# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00309-CR

**Bobby Joe Luce Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NO. 04-206-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Bobby Joe Luce, Jr. has filed a motion to dismiss his appeal. The motion is signed by appellant and complies with the requirements of rule 42.2. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *Id*.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed:  March 13, 2009

Do Not Publish